167 So.2d 303

**Homer SCOTT**

v.

**Jerome GLAZER and Lumbermens Mutual Casualty Company.**

No. 47378.

Sept. 28, 1964.

In re: Homer Scott applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 164 So.2d 185.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

167 So.2d 303

**Camille H. FLYNN**

v.

**Label A. KATZ**

No. 47380.

Sept. 28, 1964.

In re: Camille H. Flynn applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 164 So.2d 55.

The application is denied. According to the facts as found to be by the Court of

Appeal, the judgment complained of is correct.